Argued and submitted December 22, 2009, affirmed January 27, 2010

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

ANDRES PRUDENCIO-RIOS,
*Defendant-Respondent.*

Washington County Circuit Court
C070132CR; A138948

225 P3d 148

David B. Thompson, Senior Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General. With him on the reply brief were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Peter Gartlan, Chief Defender, Appellate Division, Office of Public Defense Services, filed the brief and argued the cause for respondent.

Before Wollheim, Presiding Judge, and Sercombe, Judge, and Edmonds, Senior Judge.

PER CURIAM

Affirmed. *State v. Anderson*, 231 Or App 198, 217 P3d 1133 (2009).